IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD HOPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv129-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Plaintiff filed this lawsuit asserting claims of race discrimination in employment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 17) is adopted.

(2) The motion to dismiss (doc. no. 14) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 29th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**